PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>COREY HARRIS,<br><br>                    Defendant. | CASE NO. 1:24-MJ-00046-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: May 2, 2024<br>TIME: 2:00 p.m. |

This case is set for a preliminary hearing on May 2, 2024. The parties agree and stipulate to continue the preliminary hearing until July 18, 2024. Defense counsel and the prosecution are discussing pre-indictment resolution.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for preliminary hearing on May 2, 2024.

2. By this stipulation, defendant now moves to continue the preliminary hearing until **July 18, 2024, at 2:00 p.m.** and to exclude time between May 2, 2024, and July 18, 2024.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The parties are discussing and conducting further investigation into pre-indictment matters, including consideration of embarking on the process to request deferred

prosecution, and need additional time to conclude that process.

  b)  The government represents that discovery consists of reports, and that an initial dissemination of discovery will be provided to defense between now and the preliminary hearing date.

  c)  Counsel for defendant desires additional time to consult with their client, conduct further investigation, and discuss charges with the government.

  d)  Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  e)  The government does not object to the continuance.

  f)  Pursuant to F.R.Cr.P. 5.1(c) and (d), a preliminary hearing must be held "no later than 14 days after initial appearance if the defendant is in custody," unless the defendant consents and there is a "showing of good cause".  Here, the defendant consents and there is good cause as set forth herein.

  g)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in an indictment or trial within the original dates prescribed by the Speedy Trial Act.

  h)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which an indictment must be filed and within which a trial must commence, the time period of May 2, 2024 to July 18, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment/trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which an indictment must be filed and a trial must commence.

  IT IS SO STIPULATED.

Dated: April 25, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ROBERT L. VENEMAN-HUGHES
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated: April 25, 2024

/s/ MARC DAYS
MARC DAYS
Counsel for Defendant
COREY HARRIS

## ORDER

Having reviewed the parties Stipulation and proposed findings,

IT IS HEREBY ORDERED that the preliminary hearing scheduled for May 2, 2024 at 2:00 p.m. is continued to July 18, 2024 at 2:00 p.m. before the Duty Magistrate Judge. IT IS FURTHER ORDERED that the time between May 2, 2024 and July 18, 2024 is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment/trial.

IT IS SO ORDERED.

Dated: **April 25, 2024**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE